No. 78–329.   BELLOTTI, ATTORNEY GENERAL OF MASSACHU-
SETTS, ET AL. *v.* BAIRD ET AL.; and

No. 78–330.   HUNERWADEL *v.* BAIRD ET AL.   D. C. Mass.
[Probable jurisdiction noted, 439 U. S. 925.]   Motion of
Planned Parenthood Federation of America, Inc., et al. for
leave to file a brief as *amici curiae* granted.   Petition for
rehearing of order denying appointment of Alan Ernest as
counsel or guardian *ad litem* for unborn children, 439 U. S.
1065, denied.

No. 78–349.   UNITED STATES *v.* HELSTOSKI; and

No. 78–546.   HELSTOSKI *v.* MEANOR, U. S. DISTRICT JUDGE,
ET AL.   C. A. 3d Cir.   [Certiorari granted, 439 U. S. 1045.]
Motion of Thomas P. O'Neill, Jr., et al. for leave to file a brief
as *amicus curiae* granted.

No. 78–625.   ANDRUS, SECRETARY OF THE INTERIOR, ET AL.
*v.* SIERRA CLUB ET AL.   C. A. D. C. Cir.   [Certiorari granted,
439 U. S. 1065.]   Motion of respondents to dispense with
printing appendix granted.

No. 78–808.   CALIFANO, SECRETARY OF HEALTH, EDUCATION,
AND WELFARE *v.* BOLES ET AL.   D. C. W. D. Tex.   [Probable
jurisdiction noted, 439 U. S. 1126.]   Motion to dispense with
printing appendix granted.

No. 78–986.   ARKANSAS LOUISIANA GAS CO. *v.* HALL ET AL.
Ct. App. La., 2d Cir.   The Solicitor General is invited to file
a brief in this case expressing the views of the United States.

No. 78–6034.   SZIJARTO *v.* CALIFORNIA; and

No. 78–6125.   GIBSON ET AL *v.* WAINWRIGHT, DIRECTOR,
DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA.
Motions for leave to file petitions for writs of habeas corpus
denied.

No. 78–1105.   NASSAR & CO., INC., ET AL. *v.* UNITED STATES
COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT
ET AL.   Motion for leave to file petition for writ of mandamus
and other relief denied.